Hattie Mueller, administratrix of the estate of Ferdinand Fluegel, deceased, plaintiff in error, v. Herman Fluegel, defendant in error. Gen. No. 24,986.

Action on parol contract to pay funeral expenses and arrange for perpetual care of grave in consideration of being made beneficiary in certificate of fraternal order. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1919. Reversed and judgment here. Opinion filed June 16, 1919. Supplemental opinion filed and judgment modified June 30, 1919.

Joseph A. Weber, for plaintiff in error. Otto C. Rentner, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

M. J. Lee, appellee, v. V. M. Hanley. Walter M. Lowney Company, garnishee, appellant. Gen. No. 25,012.

Garnishment proceeding. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded with directions. Opinion filed June 16, 1919.

Rubovits & Hirsch, for appellant. Adams, Childs, Bobb & Wescott, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Edward H. Harrison, appellee, v. Rosehill Cemetery Company, appellant. Gen. No. 25,040.

Action to recover for services rendered as public accountant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Ashcraft & Ashcraft, for appellant; E. M. Ashcraft, of counsel. Victor M. Harding, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Pearl A. Wilson, appellee, v. Joliet & Eastern Traction Company, appellant. Gen. No. 25,049.

Action to recover for personal injuries sustained in collision between street car and automobile in which plaintiff was riding as guest. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Garnsey, Wood & Lennon, for appellant; Maurice F. Lennon and Edward C. Hall, of counsel. Elmer J. Schnackenberg, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.